Michael J. Perry (State Bar No. 123124)
*mjp@michaeljperrylaw.com*
MICHAEL J. PERRY, ESQ.,
  A PROFESSIONAL LAW CORPORATION
4640 Admiralty Way, Suite 500
Marina del Rey, CA 90292
Telephone:  (310) 496-5710
Facsimile:  (310) 306-3456

Attorneys for GLB TRUCKING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BAXTER, BAILEY & ASSOCIATES
CORPORATION, AN ASSIGNEE OF AV
HUDSON.,

            Plaintiff,

    vs.

DCG DISTRIBUTION, A NEVADA
CORPORATION ; GLB TRUCKING, LLC.
A FLORIDA LIMITED LIABILITY
COMPANY; FOREVER LINK
INTERNATIONAL, INC., A CALIFORNIA
CORPOORATION ; LBK SHOES CORP, A
FLORIDA CORPORATION; WORLD NET
CONSOLIDATORS, INC, A CALIFORNIA
SUSPENDED CORPORATION; AND
DOES 1 THROUGH 100

            Defendants.

Case No.

**NOTICE OF REMOVAL**

-1-

NOTICE OF REMOVAL

### NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE ENTITLED COURT

PLEASE TAKE NOTICE THAT, on this date, Defendant, GLB Trucking, LLC ("GLB"), by and through its undersigned attorney, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, removing the entire action from the Superior Court of California, County of Los Angles, to the United State District Court for the Central District of California. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question).

In support of this Notice of Removal, GLB states as follows:

### PROCEDURAL BACKGROUND

1. On or about October 29, 2020, Plaintiff Baxter, Bailey & Associates Corporation, an assignee of AV Hudson, filed suit against Lilly in Superior Court of California, County of Los Angeles, in the matter of *Baxter, Bailey & Associates Corporation, v. DCG Distribution, GLB Trucking, LLC., Forever Link International, Inc., LBK Shoes Corp., World Net Consolidators, Inc, and Does 1 Through 100*, Case No. 20NWLC27029.

2. Plaintiff served the Summons and the Complaint to GLB's service of process agent by certified mail on November 6, 2020. The Complaint and Summons constitute the only pleadings or motions that have been filed in this action and are collectively attached as Exhibit 1 pursuant to 28 U.S.C. § 1446(a).

## PARTIES

3. Plaintiff Baxter, Bailey & Associates Corporation is a Mississippi corporation with its principal place of business at Southaven, Mississippi.

4. Plaintiff's assignor, AVM Logistics Corp, doing business as A.V. Hudson, is a Florida corporation with its principal place of business at Doral, Florida.

5. Defendant DCG Distribution is a Nevada corporation with its principal place of business at Commerce, California.

6. Defendant GLB Trucking, LLC is a Florida limited liability company with its principal place of business at Miami Gardens, Florida.

7. Defendant Forever Link International, Inc. is a California corporation with its principal place at City of Industry, California.

8. Defendant LBK Shoes Corp is a Florida corporation with its principal place of business at Miami, Florida.

9. Defendant World Net Consolidators Inc. is a California suspended corporation with its principal place of business at Commerce, California.

## JURISDICTION AND VENUE

10. In the Complaint, Plaintiff pleaded a cause of action of breach of contract. The contracts relied upon by the Plaintiff were trucking bills of lading issued by its assignor A.V. Hudson.

11. The trucking bills of lading at issue were governed by the Federal Bills of Lading Act and the Carmack Amendment.

NOTICE OF REMOVAL

12. This Court has original jurisdiction over Plaintiff's claim based on federal question under 28 U.S.C. § 1331 and removal jurisdiction under 28 U.S.C. § 1441(a).

## TIMELINESS

13. This Notice of Removal is timely filed within thirty days after receipt by GLB of a copy of the Complaint, as provided by 28 U.S.C. § 1446(b).

14. Nothing in this Notice shall constitute a waiver of Defendant's right to object to service or jurisdiction.

## FILING WITH STATE COURT

15. GLB will file promptly a copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Los Angeles, where the action has been pending, and will serve the same upon all adverse parties as required by 28 U.S.C. § 1446(d).

WHEREFORE, grounds having been shown, GLB requests that this matter proceed in this Court as an action properly removed hereto. The Superior Court of California for the Los Angeles County shall proceed no further unless this action is remanded by this Court.

Dated: December 3, 2020          MICHAEL J. PERRY, ESQ., APLC

/s/ Michael J. Perry
Michael J. Perry
Attorneys for Defendant GLB TRUCKING, LLC.

-4-

NOTICE OF REMOVAL

# EXHIBIT 1

20NWLC27029

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DCG DISTRIBUTION , A NEVADA CORPORATION;
(SEE ATTACHMENT)

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BAXTER, BAILEY, & ASSOCIATES, INC., A CORPORATION, AN
ASSIGNEE OF AV HUDSON.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. *¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*El nombre y dirección de la corte es):*
Superior Court of California, County of LOS ANGELES
NORWALK COURTHOUSE
2720 NORWALK BLVD
Norwalk, CA 90650

**CASE NUMBER.**
*(Número del Caso):*
20NWLC27029

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Richard L. Grant, Esq.
GRANT LAW, A Professional Law Corporation
5375 Barranca Parkway, Suite A-208, Irvine, CA 92618 Tel. 949-379-7172

DATE:
*Fecha)* 10/29/2020

Clerk, by
*(Secretario)*

Sherri R. Carter Executive Officer / Clerk of Court, Deputy
*(Adjunto)*
V. Owens

For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)       ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**SUM-200(A)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| BAXTER, BAILEY, & ASSOCIATES, INC. VS  DCG DISTRIBUTION | 20NWLC27029 |

### INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.):*

☐  Plaintiff     ☒  Defendant     ☐  Cross-Complainant     ☐  Cross-Defendant

GLB TRUCKING LLC, A FLORIDA LIMITED LIABILITY COMPANY; FOREVER LINK INTERNATIONAL, INC, A CALIFORNIA CORPORATION; LBK SHOES CORP, A FLORIDA CORPORATION ; WORLD NET CONSOLIDATORS INC., A CALIFORNIA SUSPENDED CORPORATION ; AND DOES 1 TO 100.

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, Inc.
www.FormsWorkflow.com

20NWLC27029

Assigned for all purposes to: Norwalk Courthouse, Judicial Officer: Andrew Kim

Electronically FILED by Superior Court of California, County of Los Angeles on 10/29/2020 12:08 PM Sherri R. Carter, Executive Officer/Clerk of Court, by V. Owens, Deputy Clerk

RICHARD L. GRANT, C.S.B. 093351
GRANT LAW, A Professional Law Corporation
15375 Barranca Parkway, Suite A-208
Irvine, CA 92618
Tel. 949-379-7172
Fax. 949-379-7192
Email: RGrant@GrantLawCA.com
1222.38404

Attorneys for Plaintiff:
BAXTER, BAILEY, & ASSOCIATES, INC., A CORPORATION,
AN ASSIGNEE OF AV HUDSON.,

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

NORWALK COURTHOUSE

| | |
|---|---|
| BAXTER, BAILEY, & ASSOCIATES, INC., A CORPORATION, AN ASSIGNEE OF AV HUDSON., | Case No.: 20NWLC27029 |
| Plaintiff, | [LIMITED JURISDICTION] |
| vs. | COMPLAINT FOR DAMAGES: |
| DCG DISTRIBUTION , A NEVADA CORPORATION; GLB TRUCKING LLC, A FLORIDA LIMITED LIABILITY COMPANY;FOREVER LINK INTERNATIONAL, INC, A CALIFORNIA CORPORATION; LBK SHOES CORP, A FLORIDA CORPORATION; WORLD NET CONSOLIDATORS INC., A CALIFORNIA SUSPENDED CORPORATION; AND DOES 1 TO 100, | 1. **Breach of Contract** 2. **Open Book of Account** 3. **Account Stated** 4. **Quantum Meruit** 5. **Unjust Enrichment** <br><br>**PRINCIPAL AMOUNT $16,350.00** |
| Defendants. | |

Comes Now, Plaintiff, BAXTER, BAILEY, & ASSOCIATES, INC., A CORPORATION, AN ASSIGNEE OF AV HUDSON., hereafter "Plaintiff", for causes of action against Defendants DCG DISTRIBUTION , A NEVADA CORPORATION; GLB TRUCKING LLC, A FLORIDA LIMITED LIABILITY COMPANY;FOREVER LINK INTERNATIONAL, INC, A CALIFORNIA

CORPORATION; LBK SHOES CORP, A FLORIDA CORPORATION; WORLD NET CONSOLIDATORS INC., A CALIFORNIA SUSPENDED CORPORATION; AND DOES 1 TO 100, and each of them, as follows:

## PARTIES

1.   Plaintiff is a Mississippi corporation and Assignee of the herein claims, rights, and remedies entitled to or in the possession of its Assignor(s) AV HUDSON., hereafter collectively referred to as "Assignor(s)". Such assignment(s) were provided to Plaintiff from the aforementioned Assignor(s) prior to filing of this complaint. Plaintiff maintains its offices and conducts its principal place of business in Southaven, Mississippi. Plaintiff does not conduct any intrastate business in the state of California. Further, Plaintiff does not either operate or maintain offices or has employees, agents, or representatives working in the State of California, except for attorneys hired in the State of California for selected court cases.

2.   Defendant DCG DISTRIBUTION , A NEVADA CORPORATION, hereafter DOC, with its principal place of business located in Commerce, California and conducting business in the State of California including this judicial district. At all times mentioned herein, DOC acted as a Shipper/Consignor of the subject matter shipments.

3.   Defendant GLB TRUCKING LLC, A FLORIDA LIMITED LIABILITY COMPANY, hereafter GLB, with its principal place of business located in Tallahassee, Florida and conducting business in all 50 states including this judicial district. At all times

mentioned herein, GLB acted as a Receiver/Consignee of the subject matter shipments.

4.  Defendant FOREVER LINK INTERNATIONAL, INC, A CALIFORNIA CORPORATION, hereafter FLI, with its principal place of business located in City of Industry, California and conducting business in the State of California including this judicial district. At all times mentioned herein, FLI acted as a Shipper/Consignor of the subject matter shipments.

5.  Defendant LBK SHOES CORP, A FLORIDA CORPORATION, hereafter LBK, with its principal place of business located in Miami, Florida and conducting business in all 50 states including this judicial district. At all times mentioned herein, LBK acted as a Receiver/Consignee of the subject matter shipments.

6.  Defendant WORLD NET CONSOLIDATORS INC., A CALIFORNIA SUSPENDED CORPORATION, hereafter WNC, with its principal place of business located in Commerce, California and conducting business in the State of California including this judicial district. At all times mentioned herein, WNC was the Broker and/or transportation agent of the subject matter shipments.

7.  Plaintiff is unaware of the true names or capacities, whether individual, associate, corporate, or otherwise, of Defendant(s) DOES 1 to 100, and therefore sues them by such fictitious names, and leave of the court will be asked to insert their true names and capacities when same have been ascertained.

8.  Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendants, DOES 1 to 100, were agents, servants, and employees of their co-defendants, and

in doing the things hereinafter alleged were acting in the scope of their authority as such agents, servants, and employees, and with the permission and consent of their co-defendants.

## JURISDICTION AND VENUE

9.   This judicial district is proper venue for this action because this judicial district is where Defendants named herein conduct business therein; and/or where the breach, and breaches of contract and/or debts had incurred for non-payment of transportation services provided by Plaintiff's motor carrier Assignor(s) at the request or direction or benefit of Defendants DOC, GLB, FLI, LBK and/or Defendant's transportation agent, WNC; and/or where payment was to be made thereto for the aforementioned breach and breaches of contract and/or debts. Defendant DOC owns, operates, and/or maintains a (principal location or shipping warehouse facility) in Commerce, California which is the location of the transportation arrivals and/or departures for the subject matter shipments. Further, Defendants purposefully established contacts within California, and the actions herein arise of, or are related to Defendants' contacts within California.

10.   The within action is not subject to the provisions of Civil Code Section 1812.10 or 2984.4.

## FIRST CAUSE OF ACTION-BREACH OF CONTRACT

### (Against All Defendants)

11.   Plaintiff refers to all of the allegations contained in Paragraphs 1-10 of the complaint and by this reference incorporates them herein as though fully set forth.

12.   Based upon information and belief, it is thereon alleged that at all times mentioned herein, during the year of 2019, Plaintiff's Assignor(s) was a licensed motor carrier. It is further alleged on information and belief and thereon alleged that the motor carrier Assignor(s) had licenses with the appropriate governmental authorities available for public viewing.

13.   At all times mentioned herein, during the year of 2019, Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them, were desirous of transporting certain goods and wares for the benefit of their businesses from various locations and be delivered to destinations as designated on the Bills Of Lading and instructed by Defendants, including DOC, WNC, GLB, FLI, AND LBK. Further, alleged upon information and belief, the terms of payment of the shipments as to being either "PREPAID" or "COLLECT" was subject to the Bills of Lading; the consequence of this designation of "PREPAID" was to place on notice to all parties that the designated SHIPPER/CONSIGNOR on the Bill(s) of Lading was the guarantor of payment of freight charges and had primary responsibility of the payment of the freight charges that belonged to Defendant Shipper/Consignor and Does 1 to 100. Secondary responsibility for payment of the subject transportation charges would be the designated Defendant Consignee as the Receiver/Consignee of the goods and wares from Defendant Shipper/Consignor, as the accepting party of said goods/wares. In the shipments that were designated "COLLECT", then the Primary obligor for payment of the transportation

charges belonged to the designated Defendant Receiver/Consignee set forth on the Bill(s) of Lading.

14. At all times mentioned herein, WNC(transportation agent), with full authority, delegation, and knowledge by and of Defendants DOC, GLB, FLI, AND LBK, was engaged by Defendants DOC, GLB, FLI, AND LBK to act as a transportation agent to locate and hire motor carriers to pick up goods and wares of the Defendant Shippers/Consignors from their origin location(s) to be delivered to designated locations, as instructed by Defendant DOC, GLB, FLI, AND LBK.

15. In or about July 5, 2019, Defendant WNC acting as a transportation agent for its disclosed principal(s) Defendants DOC, GLB, and DOES 1 to 100, and each of them, engaged Plaintiff's Assignor(s) as set forth in this complaint to provide the transportation services described in paragraphs 13 and 14 (two preceding paragraph numbers) above and herein.

16. Further and except for those excused performances, Plaintiff's Assignor(s) had performed each and every obligation and covenant incumbent upon it by virtue of said written Bills of Lading and/or transportation agreements as specified above and below in this complaint and as agreed. Said delivery took place during and on or about July 5, 2019 and subsequently. copies of said Bills of Lading and other relevant transportation agreements and documents are attached to Exhibit "A".

17. Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them, materially breached the herein written transportation agreement(s) by refusing and continues to refuse to pay the unpaid freight charges/services to the herein motor

**COMPLAINT FOR DAMAGES - BREACH OF CONTRACT**

carrier Assignor(s) and/or Plaintiff for the principal sum of $16,350.00. The payment of transportation charges by the shipper and/or consignee to a freight broker/agent or any third-party other than the motor carrier does not relieve the shipper's and/or consignee's obligation to pay the motor carrier who performed the transportation services. The shipper, consignee, and broker are jointly and severally liable for unpaid freight charges. Oak Harbor Lines Vs. Sears Roebuck & CO. (2008) 513 F.3rd 949. The consignee is further and independently liable for the unpaid freight charges, due to accepting the good and wares from the motor carrier for which the consignee enjoyed the economic benefit therefrom. Id. 49 U.S.C. 13706.

18.   Plaintiff's counsel had placed demand upon Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them, by virtue of this complaint and service thereof, for the outstanding sum of unpaid principal and accrued interest pursuant to the agreed written transportation agreements herein, but said Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them, have failed to pay Plaintiff's Assignor(s) or Plaintiff the outstanding principal sum of $16,350.00 and accrued interest from July 5, 2019. Thus, the Plaintiff's Assignor(s) and/or Plaintiff have been damaged therefore in the said amount.

## SECOND CAUSE OF ACTION-OPEN BOOK

### (Against All Defendants)

19.   Plaintiff refers to all of the allegations contained in Paragraphs 1-18 of the complaint and by this reference incorporates them herein as though fully set forth.

20.   That Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them, within the last four years and on or about July 5, 2019 became indebted to Plaintiff's Assignor(s) herein on an open book account for a balance due for transportation services requested on and for the behalf of Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them, and rendered at the special instance and request of Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them, and for which Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them, promised to pay the sum of $16,350.00.

21.   Although demand for payment of said sum of has been made, by virtue of this complaint and service thereof, Defendants DOC, WNC, GLB, FLI, LBK, and each of them, have failed and refused to pay said sum, and the whole principal amount thereof is now due, and owing, and unpaid, together with interest at the rate of ten (10) percent per annum, from and after July 5, 2019.

## THIRD CAUSE OF ACTION-ACCOUNT STATED

(Against All Defendants)

22.   Plaintiff refers to all of the allegations contained in Paragraphs 1-21 of the complaint and by this reference incorporates them herein as though fully set forth.

23.   That within the last four years prior to filing this complaint, subsequent to July 5, 2019, an ACCOUNT STATED was created/formed as a matter of law between Plaintiff's Assignor(s) and Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them. Defendants DOC, WNC, GLB, FLI, LBK,

COMPLAINT FOR DAMAGES - BREACH OF CONTRACT

and DOES 1 to 100 became indebted to Plaintiff's Assignor(s) in the sum of $16,350.00 for an unpaid balance due for transportation services rendered on the behalf and benefit of Defendants herein and DOES 1 TO 100, and each of them. All of which the Defendants and DOES 1 TO 100, and each of them, have a legal obligation to pay Plaintiff's Assignor(s) the sum of $16,350.00 plus accrued interest at the rate of ten (10) percent per annum from July 5, 2019.

## FOURTH CAUSE OF ACTION-QUANTUM MERUIT

### (Against All Defendants)

24.  Plaintiff refers to all of the allegations contained in Paragraphs 1-23 of the complaint and by this reference incorporates them herein as though fully set forth.

25.  That Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 TO 100, and each of them, within the last four years and on or about July 5, 2019, became indebted to Plaintiff's Assignor(s) in the sum of $16,350.00 for an unpaid balance due for transportation services rendered on the behalf and benefit of Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 TO 100, and each of them, at the special instance and request of said Defendants and DOES 1 TO 100, and each of them; and for which aforementioned Defendants and DOES 1 TO 100, and each of them, promised to pay Plaintiff's Assignor(s), and the reasonable value of the same is the sum of $16,350.00 plus accrued interest at the rate of ten (10) percent per annum from July 5, 2019.

## FIFTH CAUSE OF ACTION-UNJUST ENRICHMENT

(Against All Defendants)

26. Plaintiff refers to all of the allegations contained in Paragraphs 1-25 of the complaint and by this reference incorporates them herein as though fully set forth.

27. As the result of unfair and tortuous acts of Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them, as set forth in this complaint, Plaintiff's motor carrier Assignor(s) have been deprived of its ability to optimize the receipt of payment of the subject matter transportation services provided to Defendants DOC, WNC, GLB, FLI, LBK, and DOES 1 to 100, and each of them, pursuant to the aforementioned written Bill(s) of Lading-transportation agreements and in accordance to the specific requests and demands by the Defendants and its employees, agents, and representatives.

28. Based upon information and belief, it is thereon alleged that Defendants DOC, WNC, GLB, FLI, LBK, and each of them, have been unjustly enriched by transportation services provided to Defendants, and each of them, without payment to neither Plaintiff's Assignor(s) nor Plaintiff. Hence, Plaintiff's Assignor(s) and Plaintiff have unjustly suffered losses and damages, due to the unlawful and tortuous acts of the Defendants and each of them.

29. Plaintiff seeks restitution from Defendants DOC, WNC, GLB, FLI, LBK, and each of them, to the extent that they have been unjustly benefited/enriched, all funds due, owing, and

belonging to Plaintiff's Assignor(s) and currently Plaintiff as described in this complaint.

30.  Plaintiff have been damaged resulting in compensatory damages in a sum of $16,350.00 or such other amount subject to proof at time of trial.

**Wherefore, Plaintiff prays for judgment against Defendants and each of them as follows:**

(1)  On all causes of action for the principal sum of $16,350.00 or such other sum proven at trial; together with interest thereon at the rate of ten (10) percent per annum from and after July 5, 2019;

(2)  For Costs of Suit in the amount according to proof;

(3)  Compensatory Damages according to proof;

(4)  For Attorney's Fees Pursuant to California Civil Code 1717.5 for 25 percent of the Principal with a maximum of $1,200.00; and

(5) For such other and further relief as the Court may deem just and equitable.

**GRANT LAW**

Dated: _10/29/20_

By: _____

RICHARD L. GRANT, ESQ.
ATTORNEY FOR PLAINTIFF
BAXTER, BAILEY, & ASSOCIATES

# Exhibit A

Invoice



**A.V. HUDSON**

| | |
|---|---|
| **INVOICE #** | 1538 |
| Invoice Date: | 07/19/2019 |
| Terms: | Due on receipt |
| W/O (Ref): | |

**BILL TO:**
WORLDNET CONSOLIDATORS INC.
8689 Bowers Ave
South Gate, CA, USA 90280

**LOAD DETAILS**

**LOAD #: 1538**

| | | | |
|---|---|---|---|
| **Shipper 1:** | DCG Distribution, 2425 Saybrook Ave, Commerce, CA, USA, 90040 | **Date:** | 07/19/2019 |
| **Type:** | FTL | **Quantity:** | **Weight:** 42000 |
| **Description:** | General Merchandise / Footwear | | |
| **Purchase Order #:** | | | |

| | | | |
|---|---|---|---|
| **Consignee 1:** | GLB Solutions, 1400 NW 159th St. #103, Miami, FL, USA, 33169 | **Date:** | 07/23/2019 |
| **Type:** | FTL | **Quantity:** | **Weight:** 42000 |
| **Description:** | General Merchandise / Footwear | | |
| **Purchase Order #:** | | | |

**RATES AND CHARGES**

Line Haul .................................................................$5,400.00
**Total Rate:**                                                    **$5,400.00 USD**

**Notes:**

Please make checks payable to:
A.V. Hudson
7765 NW 48 St. Suite 100
Doral, FL. 33166

# BILL OF LADING

| 2. EXPORTER *(Principal or seller licensee and address including Zip Code)* | | 5. DOCUMENT NUMBER | 5a. B/L NUMBER |
|---|---|---|---|
| WORLD NET CONSOLIDATORS INC. 2425 SAYBROOK AVE COMMERCE, CA 90040, Tel: 562-392-6538, Los Angeles, CA ZIP CODE | | WNC 071919-A | WNC 071919-A |
| | | 6. EXPORT REFERENCES | |

| 3. CONSIGNED TO | 7. FORWARDING AGENT *(Name and address - references)* |
|---|---|
| GLB SOLUTIONS 1400 NW 159TH ST # 103 MIAMI, FL 33169 TEL: 786-361-0826 | WORLD NET CONSOLIDATORS INC. 2425 SAYBROOK AVE COMMERCE, CA 90040, Los Angeles, CA |
| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER |
| | CA |

| 4. NOTIFY PARTY INTERMEDIATE CONSIGNEE *(Name and address)* | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| GLB SOLUTIONS 1400 NW 159TH ST # 103 MIAMI, FL 33169 TEL: 786-361-0826 | |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE -CARRIER | | |
|---|---|---|---|
| WNC | LOS ANGELES | | |
| 14. EXPORTING CARRIER | 15. PORT OF LOADING/EXPORT | 10. LOADING PIER /TERMINAL | |
| WNC / HUD | Los Angeles | | |
| 16. FOREIGN PORT OF UNLOADING *(Vessel and air only)* | 17. PLACE OF DELIVERY BY ON -CARRIER | 11. TYPE OF MOVE | 11a. CONTAINERIZED *(Vessel only)* |
| Miami | Jul/22/2019 | Truck | Yes ☐    No ☒ |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| | 237 PCS | GENERAL MERCHANDISE / FOOTWEAR<br><br>SEAL # UL-4751847 | 17,337.21 Kg "38,222.00 Lb" | 3,055.07 ft³ "31,802.17 Vlt" |

*Start 9:00*
*stop 11:00*

*Ravin Cruz   7/23/18*

Carrier has a policy against payment     sol-oldan, or receipt of any rebate , directly or indirectly , which would be unlawful under the United States Shipping Act,  1984  as amended .
DECLARED VALUE      0.00      READ CLAUSE 28 HEREOF CONCERNING EXTRA FREIGHT AND CARRIER'S LIMITATION OF LIABILITY .

## FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS

| SUBJECT TO CORRECTION | PREPAID | COLLECT | Received by the Carrier for shipment by ocean vessel between port of loading and port of discharge , and for arrangement or procurement of pre  -carriage from place of receipt and on,  - carriage to place of delivery  , where stated above , the goods as specified above is apparent good order and condition unless otherwise stated     The goods to be delivered at the above mentioned port of discharge or place of delivery  , whichever is applicable , subject always to the exceptions , limitations, conditions and licenses set out on the reverse side hereof    , to which the Shipper and /or Consignee agree to accepting this Bill of Lading IN WITNESS WHEREOF three (3) original Bills of Lading have been signed  , not otherwise stated above , one of which being accomplished the others shall be void . |
|---|---|---|---|
| Ground Freight Service Cost | | | |

DATED AT   Los Angeles

By

| AGENT FOR THE CARRIER | | |
|---|---|---|
| July | 19, | 2019 |
| MO. | DAY | YEAR |

| TOTAL: | USD | | | | B/L No. WNC 071919-A |

Scanned with CamScanner

**WORLD NET CONSOLIDATORS INC**
562-392-6538

Bank of America
ACH R/T 121000358

1259

11-35/1210 CA
91434

PAY TO THE
ORDER OF       A.U. HUDSON                              7/24/19

FIVE THOUSAND FOUR HUNDRED 00/100 — $5400. 00

DOLLARS

MEMO  INV # 1538

AUTHORIZED SIGNATURE

⑈⑈001259⑈ ⑆121000358⑆ 325110084701⑈

**Print   Close**

**Date:** Jul 26, 2019
**Account Number:**
**Amount:** ($5,400.00)
**Reason Description:** Payment Stopped  - 5



Invoice



**A.V. HUDSON**

| INVOICE # | 1508 |
|---|---|
| Invoice Date: | 07/08/2019 |
| Terms: | Due on receipt |
| W/O (Ref): | |

**BILL TO:**
WORLDNET CONSOLIDATORS INC.
8689 Bowers Ave
South Gate, CA, USA 90280

**LOAD DETAILS**

**LOAD #: 1508**

| Shipper 1: | DCG Distribution, 2425 Saybrook Ave, Commerce, CA, USA, 90040 | | Date: | 07/05/2019 |
|---|---|---|---|---|
| Type: | FTL | Quantity: | Weight: | 42000 |
| Description: | General Merchandise / Footwear | | | |
| Purchase Order #: | | | | |

| Shipper 2: | Forever Link Shoes, 888 S. Azusa Ave, Industry, CA, USA, 91748 | | Date: | 07/05/2019 |
|---|---|---|---|---|
| Type: | FTL | Quantity: | Weight: | 42000 |
| Description: | General Merchandise / Footwear | | | |
| Purchase Order #: | | | | |

| Consignee 1: | GLB Solutions, 1400 NW 159th St. #103, Miami, FL, USA, 33169 | | Date: | 07/08/2019 |
|---|---|---|---|---|
| Type: | FTL | Quantity: | Weight: | 42000 |
| Description: | General Merchandise / Footwear | | | |
| Purchase Order #: | | | | |

**RATES AND CHARGES**

| Line Haul | $5,400.00 |
|---|---|
| Extra stop Pickup | $150.00 |
| **Total Rate:** | **$5,550.00 USD** |

**Notes:**
Make check payable to:
A.V. Hudson
7765 NW 48 St. Suite 100
Doral, FL. 33166

# BILL OF LADING

| 2. EXPORTER *(Principal or seller-licensee and address including ZIP Code )* | | 6. DOCUMENT NUMBER | 6a. B/L NUMBER |
|---|---|---|---|
| FOREVER LINK<br>888 S Azusa Ave<br>Industry CA 91748<br>UNITED STATES | ZIP CODE | WNC 60086 | WNC 60086 |

| | 6. EXPORT REFERENCES |
|---|---|

| 3. CONSIGNED TO | 7. FORWARDING AGENT *(Name and address - references )* |
|---|---|
| LBK SHOES<br>2545 NW 3RD AVE<br>MIAMI, FL 33127. UNITED STATES | WORLD NET CONSOLIDATORS INC.<br>2425 SAYBROOK AVE<br>COMMERCE, CA 90040, Los Angeles, CA |

| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER |
|---|---|
| | CA |

| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE   *(Name and address )* | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| GLB SOLUTIONS<br><br>1400 NW 159TH ST # 103<br>MIAMI, FL 33169<br>TEL: 786-361-0826 | |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| WNC | LOS ANGELES |

| 14. EXPORTING CARRIER | 15. PORT OF LOADING /EXPORT | 10. LOADING PIER /TERMINAL |
|---|---|---|
| WNC /HUD | Los Angeles | FL |

| 16. FOREIGN PORT OF UNLOADING *(Vessel and air only )* | 17. PLACE OF DELIVERY BY ON -CARRIER | 11. TYPE OF MOVE | 11a. CONTAINERIZED *(Vessel only )* | |
|---|---|---|---|---|
| Miami | Jul/05/2019 | Truck | Yes | No ✗ |

| MARKS AND NUMBERS<br>(18) | NUMBER<br>OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES<br>(20) | GROSS WEIGHT<br>(Kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| | 323 BOX | Box<br>FOOTWEAR<br><br>SEAL # UL- 471 1300 | 3,662.32 Kg<br>"8,075.00 Lb" | 846.00 ft³<br>"8,806.55 Vlb" |

*start 9:00*

*stop 12:00*

*7/9/19*

Carrier has a policy against payment ... solicitation, or receipt of any rebate , directly or indirectly , which could be unlawful under the United States Shipping Act , 1984 as amended .
DECLARED VALUE       0.00       READ CLAUSE 29 HEREOF CONCERNING EXTRA FREIGHT AND CARRIER 'S LIMITATION OF LIABILITY .

## FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS

| SUBJECT TO CORRECTION | PREPAID | COLLECT |
|---|---|---|
| Ground Freight Service Cost | | |

Received by the Carrier for shipment by ocean vessel between port of loading and port of discharge , and for arrangement or procurement of pre -carriage from place of receipt and on -carriage to place of delivery , where stated above , the goods as specified above in apparent good order and condition unless otherwise stated . The goods to be delivered at the above mentioned port of discharge or place of delivery , whichever is applicable , subject always to the exceptions , limitations , conditions and liberties set out on the reverse side hereof , to which the Shipper and /or Consignee agree to accepting this Bill of Lading .
IN WITNESS WHEREOF three (3) original Bills of Lading have been signed , not otherwise stated above , one of which being accomplished the others shall be void .

DATED AT  Los Angeles

By

| AGENT FOR THE CARRIER | | |
|---|---|---|
| July | 05 , | 2019 |
| MO. | DAY | YEAR |

| | | B/L No. |
|---|---|---|
| Truck 2014    GRAND TOTAL:  USD | | WNC 60086 |

Magaya Cargo System - www.magaya.com

# BILL OF LADING

| 1. EXPORTER (Principal or seller &corress and address including ZIP Code) | 5. DOCUMENT NUMBER | 5a. B/L NUMBER |
|---|---|---|
| FOREVER LINK<br>888 S Azusa Ave<br>Industry CA 91748<br>UNITED STATES | WNC 60086 | WNC 60086 |

**6. EXPORT REFERENCES**

Rct y/ #2

| 3. CONSIGNED TO | 7. FORWARDING AGENT (Name and address - references) |
|---|---|
| LBK SHOES<br>2545 NW 3RD AVE<br>MIAMI, FL 33127. UNITED STATES | WORLD NET CONSOLIDATORS INC.<br>2425 SAYBROOK AVE<br>COMMERCE, CA 90040, Los Angeles, CA |

**8. POINT (STATE) OF ORIGIN OR FTZ NUMBER**
FL

| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address) | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| GLB SOLUTIONS<br>1400 NW 159THST # 103<br>MIAMI, FL 33169<br>TEL: 786-361-0826 | |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | |

| 14. EXPORTING CARRIER | 15. PORT OF LOADING /EXPORT<br>Los Angeles | 10. LOADING PIER /TERMINAL<br>FL |
|---|---|---|

| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>Miami | 17. PLACE OF DELIVERY BY ON -CARRIER<br>Jul/05/2019 | 11. TYPE OF MOVE<br>Truck | 11a. CONTAINERIZED (Vessel only)<br>Yes      No ☒ |
|---|---|---|---|

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES<br>(20) | GROSS WEIGHT (Kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| | 450 BOX | Box<br>FOOTWEAR<br><br>SEAL # UL- 471 1300 | 4,649.32 Kg<br>"10,250.00 Lb" | 846.00 ft³<br>"8,806.55 Vlb" |

Carrier has a policy against payment , solicitation, or receipt of any rebate , directly or indirectly , which would be unlawful under the United States Shipping Act . 1984 as amended .

DECLARED VALUE         0.00          READ CLAUSE 20 HEREOF CONCERNING EXTRA FREIGHT AND CARRIER 'S LIMITATION OF LIABILITY .

**FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS**

| SUBJECT TO CORRECTION | PREPAID | COLLECT |
|---|---|---|
| Ground Freight Service Cost | | |

Received by the Carrier for shipment by ocean vessel between port of loading and port of discharge , and for arrangement or procurement of pre -carriage from place of receipt and on carriage to place of delivery , where stated above , the goods as specified above in apparent good order and condition unless otherwise stated . The goods to be delivered at the above mentioned port of discharge or place of delivery , whichever is applicable , subject always to the exceptions , limitations , conditions and liberties set out on the reverse side hereof , to which the Shipper and /or Consignee agree to accepting this Bill of Lading .

IN WITNESS WHEREOF three (3) original Bills of Lading have been signed , not otherwise stated above , one of which being accomplished the others shall be void .

DATED AT   Los Angeles

By _____

AGENT FOR THE CARRIER

| July | 05 , | 2019 |
|---|---|---|
| MO. | DAY | YEAR |

Truck 2014

MagayaCargoSystem . www.magaya.com

GRAND TOTAL:   USD

B/L No.

WNC 60086

# BILL OF LADING

| 2. EXPORTER (Principal or seller licensee and address including ZIP Code) | 5. DOCUMENT NUMBER | 5a. B/L NUMBER |
|---|---|---|
| WORLD NET CONSOLIDATORS INC.<br>2425 SAYBROOK AVE<br>COMMERCE, CA 90040, Tel: 562-392-6538,<br>Los Angeles, CA                    ZIP CODE | WNC 070519 | WNC 070519 |

**6. EXPORT REFERENCES**  ~~FOB #~~  Pick up 4

| 3. CONSIGNED TO | 7. FORWARDING AGENT (Name and address - references) |
|---|---|
| GLB SOLUTIONS<br>1400 NW 159TH ST # 103<br>MIAMI, FL 33169<br>TEL: 786-361-0826 | WORLD NET CONSOLIDATORS INC.<br>2425 SAYBROOK AVE<br>COMMERCE, CA 90040, Los Angeles, CA |

**8. POINT (STATE) OF ORIGIN OR FTZ NUMBER**  CA

| 4. NOTIFY PARTY INTERMEDIATE CONSIGNEE (Name and address) | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| GLB SOLUTIONS<br>1400 NW 159TH ST # 103<br>MIAMI, FL 33169<br>TEL: 786-361-0826 | |

| 12. PRE-CARRIAGE BY<br>WNC | 13. PLACE OF RECEIPT BY PRE-CARRIER<br>LOS ANGELES | |
|---|---|---|
| 14. EXPORTING CARRIER<br>WNC / 4HT | 15. PORT OF LOADING /EXPORT<br>Los Angeles | 10. LOADING PIER /TERMINAL |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>Miami | 17. PLACE OF DELIVERY BY ON-CARRIER<br>Jul/05/2019 | 11. TYPE OF MOVE<br>Truck | 11a. CONTAINERIZED (Vessel only)<br>Yes   No X |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| | 192 PCS | Box<br>GENERAL CARGO / FOOTWEAR<br><br>SEAL # UL-471 1300 | 13,664.47 Kg<br>"30,125.00 Lb" | 2,499.66 ft³<br>"26,020.56 Vlt" |

Start 9:am
Stop 12:00

7/5/10

Carrier has a policy against payment ... solicitation, or receipt of any rebate ... directly or indirectly, which would be unlawful under the United States Shipping Act ... 1984 as amended.
DECLARED VALUE   0.00   READ CLAUSE 29 HEREOF CONCERNING EXTRA FREIGHT AND CARRIER 'S LIMITATION OF LIABILITY.

## FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS

| SUBJECT TO CORRECTION | PREPAID | COLLECT | |
|---|---|---|---|
| Ground Freight Service Cost | | | Received by the Carrier for shipment by ocean vessel between port of loading and port of discharge, and for arrangement or procurement of pre-carriage from place of receipt and on-carriage to place of delivery, where stated above, the goods as specified above in apparent good order and condition unless otherwise stated. The goods to be delivered at the above mentioned port of discharge or place of delivery, whichever is applicable, subject always to the exceptions, limitations, conditions and liberties set out on the reverse side hereof, to which the Shipper and /or Consignee agree to accepting this Bill of Lading. IN WITNESS WHEREOF three (3) original Bills of Lading have been signed, not otherwise stated above, one of which being accomplished the others shall be void. |

DATED AT   Los Angeles

By

AGENT FOR THE CARRIER

| July | 05 , | 2019 |
|---|---|---|
| MO. | DAY | YEAR |

Truck 2014

GRAND TOTAL :   USD

B/L No.

WNC 070519

Magaya Cargo System . www.magaya.com