

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

December 18, 2020

Clerk, Los Angeles Superior Court, Southeast District
12720 Norwalk Blvd.
Norwalk, CA 90650

Re:   Case Number:   2:20−cv−10998−DMG−RAO
      Previously Superior Court Case No.   20NWLC27029
      Case Name:   Baxter Bailey and Associates, Inc. v. GLB Trucking, LLC et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on   12/17/2020  , the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:   /s/ *Grace Kami*
      Deputy Clerk
      grace_kami@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____          By: _____
Date                                 Deputy Clerk

CV−103 (05/18)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)